UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 2:25-cv-06134-MEMF-PD					Date: October 10, 2025

Title: *Gabriela Quezada v. Caliber Holdings LLC et al*

---

PRESENT: The Honorable MAAME EWUSI-MENSAH FRIMPONG, U.S. District Judge

| Damon Berry | |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:			Attorneys Present for Defendant:

**PROCEEDINGS: ORDER DENYING MOTION TO REMAND [DKT. NO. 9]**

Before the Court is Plaintiff's Motion to Remand. Dkt. No. 9. The parties appear to dispute whether proper efforts were made to comply with Local Rule 7-3's meet and confer requirement. In part, Local Rule 7-3 requires that:

> counsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly, preferably in person, the substance of the contemplated motion and any potential resolution. The conference shall take place at least seven (7) days prior to the filing of the motion. . . .

L.R. 7-3.

To ensure compliance, the rule includes a declaration requirement:

> [C]ounsel for the moving party must include a declaration, under penalty of perjury, that sets forth at a minimum the date(s) the conference took place and the position of each party with respect to each disputed issue that will be the subject of the motion. Failure to include such a declaration may result in the motion being denied.

L.R. 7-3.

Plaintiff did not include such a declaration in its Motion. And according to Defendant, Plaintiff's counsel "failed to meet and confer as required" for filing the instant Motion. *See* Opposition to Motion to Remand, Dkt. No. 10 at 6; Franco Decl., Dkt. No. 10-2 ¶ 5. Moreover, Plaintiff did not file a reply to Defendant's Opposition, nor did Plaintiff's counsel otherwise explain the failure to comply with Local Rule 7-3.

Therefore, the Court hereby finds that the Plaintiff failed to meet and confer as required by Local Rule 7-3 and the Court's Civil Standing Order prior to the filing of the Motion to Remand. *See* Civil Standing Order, VIII(A).

Accordingly, Plaintiff's Motion to Remand is STRICKEN, and DENIED WITHOUT PREJUDICE. Should Plaintiff wish to renew the Motion, Plaintiff is ORDERED to meet and confer

about the issues raised in the Motion in Remand in conformity with Local Rule 7-3 and the Civil Standing Order, which may be found at the Court's website, https://apps.cacd.uscourts.gov/Jps/honorable-maame-ewusi-mensah-frimpong.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Deputy Clerk | DBE |